**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nancy A. Williams <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-70217 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

            Respectfully submitted,

            **/s/James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594
            jwarmbrodt@kmllawgroup.com