IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-70217-JAD |
| NANCY A. WILLIAMS, ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtor. ) | Doc. # 11 |
| _____ ) | |
| ) | |
| NANCY A. WILLIAMS, ) | |
| ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

### ORDER OF COURT

AND NOW, to wit, this __30th__ day of __April_____, 2019, it is hereby ORDERED that Movant/Debtor Nancy A. Williams is granted an extension up to and including May 6, 2019 to file the required completed schedules, declarations, statements, and plan.

BY THE COURT:

_____ jsf
JEFFERY A. DELLER,
U.S. District Court Bankruptcy Judge

FILED
4/30/19 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70217-JAD
Nancy A. Williams                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut                Page 1 of 1           Date Rcvd: Apr 30, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db              +Nancy A. Williams,    159 Sugarcamp Rd.,    Colver, PA 15927-4307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
          Glenn R. Bartifay    on behalf of Debtor Nancy A. Williams gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4