IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 19-70217-JAD |
| NANCY A. WILLIAMS, | ) |
| | ) CHAPTER 13 |
| | ) |
| Debtor. | ) Doc. # 18 |
| | ) |
| | ) |
| NANCY A. WILLIAMS, | ) |
| | ) |
| | ) |
| Movant/Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENT. | ) |

**ORDER OF COURT**

AND NOW, to wit, this __21st__ day of __May_____, 2019, it is hereby ORDERED that Movant/Debtor Nancy A. Williams is granted an extension up to and including May 28, 2019 to file the required completed schedules, declarations, statements, and plan.

FILED
5/21/19 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
JEFFERY A. DELLER,
U.S. District Court Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                      Case No. 19-70217-JAD
Nancy A. Williams                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam               Page 1 of 1            Date Rcvd: May 21, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db            +Nancy A. Williams,    159 Sugarcamp Rd.,    Colver, PA 15927-4307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Nancy A. Williams gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4