IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Nancy A. Williams**<br><br>Debtor<br><br>**Nancy A. Williams**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-70217**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Glenn R. Bartifay, Esquire 68763**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
  Signature
**Glenn R. Bartifay, Esquire 68763**
  Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
  Address
**412-824-4011 Fax:412-202-0180**
  Phone No.
**68763 PA**
  List Bar I.D. and State of Admission

```
Discover Bank
P.O. Box 71084
Charlotte, NC 28272-1084
```