Certificate Number: 16339-PAW-DE-033263276

Bankruptcy Case Number: 19-70217



16339-PAW-DE-033263276

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 16, 2019</u>, at <u>1:43</u> o'clock <u>PM EDT</u>, <u>Nancy Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>August 16, 2019</u>          By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>