IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-70217-JAD |
| NANCY A. WILLIAMS, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

  I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Amended Schedule F filed on September 4, 2019, Doc. No. 33 was served as follows:

By electronic mail on September 4, 2019, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail on September 4, 2019 addressed as follows:

Cambria CAO
625 Main St.
Johnstown PA 15901-2111

Dated:  September 4, 2019    /s/ Glenn R. Bartifay
                GLENN R. BARTIFAY, ESQUIRE
                Pa. Id. No. 68763
                Attorney for Debtor

                BARTIFAY LAW OFFICES, P.C.
                3134 Lillian Avenue
                First Floor
                Murrysville, PA 15668
                (412) 824-4011
                gbartifay@bartifaylaw.com