IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-70217-JAD |
| NANCY A. WILLIAMS, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on May 29, 2019, Doc. No. 24, Amended Schedule F filed September 4, 2019, Doc. No. 33, and the Order of Court dated September 6, 2019, Doc. No. 36, was served as follows:

By electronic mail of the 341 Notice on May 29, 2019, Amended Schedule F on September 4, 2019, and the Order of Court on September 6, 2019, addressed as follows:

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail on September 6, 2019 addressed as follows:

Cambria CAO
625 Main St.
Johnstown PA 15901-2111


Dated: September 6, 2019        /s/ Glenn R. Bartifay
                                                  GLENN R. BARTIFAY, ESQUIRE
                                                Pa. Id. No. 68763
                                                Attorney for Debtor

                                                BARTIFAY LAW OFFICES, P.C.
                                                3134 Lillian Avenue
                                                First Floor
                                                Murrysville, PA 15668
                                                (412) 824-4011
                                                gbartifay@bartifaylaw.com