**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NANCY A. WILLIAMS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-70217 JAD<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/12/2019 and confirmed on 07/23/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,802.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,802.40 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,913.00 | |
|    Trustee Fee | 1,976.30 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,889.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 23,688.13 | 0.00 | 23,688.13 |
|     Acct: 1383 | | | | |
|   PNC BANK NA | 4,659.96 | 4,659.96 | 0.00 | 4,659.96 |
|     Acct: 1383 | | | | |
|   CAMBRIA COUNTY TAX CLAIM BUREAU* | 4,052.87 | 4,052.87 | 1,346.55 | 5,399.42 |
|     Acct: 9451 | | | | |
| | | | | 33,747.51 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY A. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY A. WILLIAMS | 200.67 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ** | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 799.98 | 799.98 | 0.00 | 799.98 |
| Acct: 3338 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 200.67 | 200.67 | 0.00 | 200.67 |
| Acct: XXXXXXXXXXXXXXXXX0217 | | | | |
| | | | | 1,000.65 |
| **Unsecured** | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2217 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4564 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,065.24 | 62.93 | 0.00 | 62.93 |
| Acct: 5682 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 682.94 | 40.35 | 0.00 | 40.35 |
| Acct: 0648 | | | | |
| INTERNAL REVENUE SERVICE* | 1,043.62 | 61.66 | 0.00 | 61.66 |
| Acct: 3338 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CAMBRIA CAO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4102 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5682 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 164.94 |
| **TOTAL PAID TO CREDITORS** | | | | 34,913.10 |

TOTAL CLAIMED
PRIORITY         1,000.65
SECURED          8,712.83
UNSECURED        2.791.80

Date: 12/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com