**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :

NANCY A. WILLIAMS,                              : **Bankruptcy 19-70217-JAD**

                                                :

                                                :

                        Debtor(s).              : **Chapter 13**

                                                :

                                                : **Doc. # 67**

FILED
12/16/24 5:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**<u>ORDER</u>**

    **AND NOW**, this **16th** day of **December  2024**,  it appears to the Court that the *Final Decree*

that was entered on December 16, 2024, at ECF No. 67 was entered in error.

    **IT IS HEREBY ORDERED** that the *Final Decree* entered on December 16, 2024, at ECF #67,

**IS VACATED**.

<u>jsf</u>

**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-70217-JAD

Nancy A. Williams                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2024 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy A. Williams, 159 Sugarcamp Rd., Colver, PA 15927-4307 |
| 15117659 | + | Cambria CAO, 625 Main St., Johnstown PA 15901-2124 |
| 15032891 | + | Tax Claim Bureau, 200 South Center S., Ebensburg, PA 15931-1941 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2024 00:26:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15032886 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2024 00:03:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15059387 | | Email/Text: mrdiscen@discover.com | Dec 18 2024 00:03:00 | Discover Bank, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15032887 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2024 00:03:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 15073964 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2024 00:03:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15032888 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2024 00:03:00 | PNC Bank NA, P.O. Box 94982, Cleveland, OH 44101 |
| 15074404 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2024 00:26:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072142 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2024 00:10:11 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15032889 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 00:10:22 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15032890 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2024 00:09:18 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15033180 | ^ | MEBN | Dec 18 2024 00:00:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| | | |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | |
| | on behalf of Debtor Nancy A. Williams gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4